| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FERNANDO GRANADOS, | ) | No. C 09-1829 JCS |
| | ) | |
| Petitioner, | ) | |
| | ) | **PARTIES' CONSENT TO MAGISTRATE** |
| v. | ) | **JUDGE JURISDICTION; STIPULATION** |
| | ) | **TO DISMISS; AND [PROPOSED]** |
| ERIC HOLDER, Attorney General of the | ) | **ORDER** |
| United States, and | ) | |
| CHARLES DEMORE, Acting District Director; | ) | |
| U.S. Bureau of Citizenship and Immigration | ) | |
| Services, | ) | |
| | ) | |
| Respondents. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Petitioner and Respondents in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Petitioner, by and through his attorneys of record, and Respondents by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

///

///

Stipulation to Dismiss
C 09-1829 JCS                                                  1

Each of the parties shall bear their own costs and fees.

Dated: May 29, 2009                              Respectfully submitted,

                                                 JOSEPH P. RUSSONIELLO
                                                 United States Attorney


                                                 _____/s/_____
                                                 ILA C. DEISS[1]
                                                 Assistant United States Attorney
                                                 Attorneys for Respondents


Date: May 29, 2009                               _____/s/_____
                                                 FRANK P. SPROULS
                                                 Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: June 1, 2009                               _____
                                                 JOSEPH C. SPERO
                                                 United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-1829 JCS                              2